# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JASON J. SMITH,**

    **Plaintiff,**

vs.                                                         Case No. 4:23cv466-WS-MAF

**TALLAHASSEE, FLORIDA, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, submitted a civil rights complaint, ECF No. 1, to this Court on October 30, 2023. Plaintiff is not a prisoner and provided a residential address in Lake City, Florida, as his mailing address. *Id.* at 2. No mailing envelope was filed on the docket with the complaint.

On the following day, an Order was entered, ECF No. 3, pointing out several problems with this case including Plaintiff's failure to pay the filing fee for this case or file an in forma pauperis motion. Plaintiff was also directed to submit an amended complaint. *Id.*

However, Plaintiff did not receive that Order, or the Clerk's notice, ECF No. 2, which is sent to all pro se litigants. ECF Nos. 4-6. The Clerk's

notice, ECF No. 2, was returned as "not deliverable as addressed." ECF No. 4.  It appears the Clerk's Office provided only a partial zip code on the mailing envelope to Plaintiff, although it would be surprising that the mail could not be delivered because it otherwise included Plaintiff's address as listed by Plaintiff on the complaint.  ECF No. 1 at 1.  The docket shows that the Clerk's Office discovered that mistake and re-mailed both the notice, ECF No. 2, and Order, ECF No. 3, to Plaintiff.   Those were returned as well, also marked as "not deliverable as addressed."  ECF Nos. 5-6.  The address was complete and identical to the address provided by Plaintiff in the complaint.

This case cannot continue if mail from this Court cannot reach Plaintiff.  Plaintiff has had sufficient time to contact the Court with an updated mailing address.  Moreover, the filing fee has not been paid or a proper complaint filed.   For all these reasons, this case should now be dismissed without prejudice.

Case No. 4:23cv466-WS-MAF

## RECOMMENDATION

It is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice because the filing fee has not been paid and mail from the Court cannot reach Plaintiff.

**IN CHAMBERS** at Tallahassee, Florida, on December 13, 2023.


S/   Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.