IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JASON J. SMITH,

    Plaintiff,

v.	4:23cv466–WS/MAF

TALLAHASSEE, FLORIDA, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 7) docketed December 13, 2023. The magistrate judge recommends that this case be dismissed without prejudice for failure to pay the filing fee and because Plaintiff has failed to provide the court with a current address. Plaintiff's copy of the report and recommendation has been returned to the court marked "Not Deliverable as Addressed; Unable to Forward."

    Upon review of the record, this court has determined that the report and recommendation should be adopted.

    Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 7) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's complaint and this action are hereby DISMISSED without prejudice as recommended by the magistrate judge.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this __12th__ day of __January__, 2024.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE